**Order entered November 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01008-CR
No. 05-19-01009-CR
No. 05-19-01010-CR

**ERIK ISRAEL MORENO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause Nos. F19-51263-X, F19-51265-X & F18-34537-X**

## ORDER

Before the Court is appellant's November 14, 2019 second motion to extend the time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **December 16, 2019**. If appellant's brief is not filed by December 16, 2019, these appeals may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     LANA MYERS
        JUSTICE